Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Tampa Division

| | |
|---|---|
| Mohamed Fathy Said<br>_____<br>Plaintiff(s)<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br>-v-<br>Embassy of Qatar<br>Ministry of Justice Qatar<br>Ministry of Foreign Affairs<br>Ministry of Interior<br>"see attached"<br>_____<br>Defendant(s)<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names. Do not include addresses here.)_ | Case No. 8:21cv1079 WFJ-CPT<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☒ Yes ☐ No<br><br>FILED 2021 MAY -5 PM 12:29 |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mohamed Fathy Said |
| Address | 1200 S Belcher Road Apt E78 |
| | Largo, Fl 33773 |
| | *City / State / Zip Code* |
| County | Pinellas |
| Telephone Number | 813-410-3786 |
| E-Mail Address | Kingsize488@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Embassy of Qatar |
| Job or Title *(if known)* | |
| Address | 2555 M St. NW |
| | Washington DC  20037 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 202-274-1600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ministry of Justice Qatar |
| Job or Title *(if known)* | |
| Address | P.O. Box 917 |
| | Doha  Qatar |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 974-483-2875 |
| E-Mail Address *(if known)* | info@moj.gov.qa |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Ministry of Foreign Affairs |
| Job or Title *(if known)* | |
| Address | Almiraqab Tower, West Bay |
| | Doha  Qatar |
| | *City / State / Zip Code* |

|  |  |
|---|---|
| County | |
| Telephone Number | 974-401-1111 |
| E-Mail Address *(if known)* | information@mofa.gov.qa |
| | ☐ Individual capacity  ☒ Official capacity |

Defendant No. 4
Name — Ministry of Interior
Job or Title *(if known)*
Address — Qatar

*City*   *State*   *Zip Code*

County
Telephone Number — 974-236-7111
E-Mail Address *(if known)* — inof@moi.gov.qa
☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:
   ☒ Federal officials (a *Bivens* claim)
   ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   The Internation Laws were broken by reason for deportation, holding my US passport. I was forced to sign documents otherwise the authorities would not let me see my son.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Doha, Qatar at the Building of Interior Department for Deportation.

B. What date and approximate time did the events giving rise to your claim(s) occur?

10/20/16 around 12 in the afternoon.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I was contacted by telephone to come to the Building of Intelligence and bring my ID with me, the authorities also stated there was no issue. I left my son in the care of neighbors so that I could meet with the authorites. Upon arrival the authorities immediately demanded my US Passport and interrogated me for over 5 hours and stated I couldn't leave the premises. They said I needed a sponsor with a valid passport other than the legal sponsor I currently had and that an order for deportation for my son and myself was being processed. I explained I needed to get my son and the US Embassy to be involved on my behalf and the officer explained that the US Embassy were the ones responsible for these actions. I informed the officer that the US Embassy was for my protection and rights as a US Citizen. I was told to sign a document and leave my US Passport in order to reach my son and would have 15 days to leave Qatar and obtain my own transportaion to Egypt. I was forced to sign documents I was unable to read in order to leave and get my son. Over the next 15 days I would receive calls every 2 hours to ensure that I was leaving Qatar by the deadline provided. I established the case in Egypt however I was informed that I had to file the case in the US Courts.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  _____
Printed Name of Plaintiff   Mohamed Fathy Said

B. **For Attorneys**

Date of signing:  5/5/2021  [signature]

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address         12001 S Belcher Rd Apt E78
                Largo                           FL         33773
                City                            State      Zip Code
Telephone Number   813-410-3786
E-mail Address     Kingsize488@gmail.com

## V. Relief

I would like the court to award me for damages for being treated unfairly and as though I were a criminal in a foreign country. I am seeing 11 million dollars for the pain and suffering for not only the incidents that happened in Qatar and the way the authorities treated me but for the years that pass from then to current.